```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 11291
  ANTHONY J HUBBARD
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1889


-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/25/07 and confirmed on 09/13/07.

     2.  The case was dismissed without confirmation, 08/29/2008.

     3.  The Debtor paid a total of $   21094.99 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------
WELLS FARGO HOME MTGE   CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MTGE   MORTGAGE ARRE         .00            .00            .00
HSBC AUTO FINANCE       SECURED VEHIC    28788.00        1726.03        4787.36
WACHOVIA DEALER SERVICES SECURED VEHIC   40103.00        2404.42        6669.02
WESGLEN MASTER ASSOCIATI SECURED          1700.00            .00         301.90
WILL COUNTY TREASURER   SECURED               .00            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED        7899.45            .00         946.81
GREAT AMERICAN FINANCE  UNSECURED       NOT FILED            .00            .00
VANGUARD COMMUNITY MGMT UNSECURED       NOT FILED            .00            .00
VANGUARD COMMUNITY MGMT UNSECURED       NOT FILED            .00            .00
WACHOVIA DEALER SERVICES UNSECURED         963.41            .00         115.47
HSBC AUTO FINANCE       UNSECURED          517.69            .00          62.05
        Summary of disbursements:
-------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED  70591.00         .00      9380.55        .00      79971.55
PRINCIPAL PAID      11758.28         .00      1124.33        .00      12882.61
INTEREST PAID        4130.45         .00          .00        .00       4130.45
TOTAL PAID          15888.73         .00      1124.33        .00      17013.06
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $    3500.00
and was paid $     376.00   direct and $    3124.00   through the plan.

The Trustee received $      957.93 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```