```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 11291
  ANTHONY J HUBBARD
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1889


-----------------------------------------------------------------------------
            TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/25/07 and confirmed on 09/13/07.

     2.  The case was dismissed after confirmation, 08/29/2008.

     3.  The Debtor paid a total of $  21094.99 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 28788.00 | 1726.03 | 4787.36 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 40103.00 | 2404.42 | 6669.02 |
| WESGLEN MASTER ASSOCIATI | SECURED | 1700.00 | .00 | 301.90 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7899.45 | .00 | 946.81 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| VANGUARD COMMUNITY MGMT | UNSECURED | NOT FILED | .00 | .00 |
| VANGUARD COMMUNITY MGMT | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 963.41 | .00 | 115.47 |
| HSBC AUTO FINANCE | UNSECURED | 517.69 | .00 | 62.05 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 70591.00 | .00 | 9380.55 | .00 | 79971.55 |
| PRINCIPAL PAID | 11758.28 | .00 | 1124.33 | .00 | 12882.61 |
| INTEREST PAID | 4130.45 | .00 | .00 | .00 | 4130.45 |
| TOTAL PAID | 15888.73 | .00 | 1124.33 | .00 | 17013.06 |

```
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3500.00
and was paid $    376.00   direct and $    3124.00   through the plan.

The Trustee received $      957.93 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/19/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
        CASE NO. 07 B 11291 ANTHONY J HUBBARD
```